NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1083
(Serial No. 10/852,798)

IN RE APPLIED MATERIALS ISRAEL LTD.

Keith M. Tackett, Patterson & Sheridan, L.L.P., of Houston, Texas, argued for appellant.  Of counsel on the brief was B. Todd Patterson.

Robert J. McManus, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office.  With him on the brief were Raymond T. Chen, Solicitor, and Nathan K. Kelley,  Associate Solicitor.

Appealed from:  United States Patent and Trademark Office
                        Board of Patent Appeals and Interferences

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1083
(Serial No.  10/852,798)

IN RE APPLIED MATERIALS ISRAEL LTD.

# Judgment

ON APPEAL from the          United States Patent and Trademark Office
                           Board of Patent Appeals and Interferences

in CASE NO(S).             10/852,798.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    Per Curiam (MAYER, PROST, and MOORE, <u>Circuit Judges</u> )

        <u>AFFIRMED</u>.  <u>See</u> Fed. Cir. R. 36.

        ENTERED BY ORDER OF THE COURT

DATED <u>July 8, 2009</u>          <u>/s/ Jan Horbaly</u>
                           Jan Horbaly, Clerk